**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:24-cr-00026-APM** |
| | ) | |
| TERRY TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO VACATE THE PLEA HEARING AND SET A STATUS HEARING**

Defendant, Terry Turner ("Mr. Turner"), by and through undersigned counsel, with the consent of the United States, moves this Honorable Court to vacate the currently scheduled plea hearing date set for September 20, 2024, at 9 A.M., and set a status hearing for the same time. In support of this Motion, Mr. Turner states the following:

1. Mr. Turner is charged by indictment with one count Unlawful Possession of a Firearm by an Individual Under Felony Indictment, in violation of 18 U.S.C. § 922(n); one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028(a)(1); one count of Wire Fraud, in violation of 18 U.S.C. § 1342; and one count of Interstate Transportation of a Stolen Motor Vehicle, in violation of 18 U.S.C. § 2312.

2. A plea hearing is scheduled in this matter for September 20, 2024, at 9 A.M.

3. Signed plea paperwork was sent to chambers on Friday, September 13, 2024.

4. On Monday, September 16, 2024, AUSA Roman called counsel for Mr. Turner.

5. AUSA Roman informed counsel for Mr. Turner that he has gathered new information regarding a separate investigation that could potentially influence plea negotiations in this

current matter before the Court.  However, AUSA Roman could not provide details about the nature of this new information.

6. AUSA Roman informed counsel that the Government should be able to provide more detailed information in approximately ninety (90) days.

7. On Tuesday, September 17, 2024, counsel for Mr. Turner met with Mr. Turner and informed him of the above.

8. In light of this new information, and without any further details from the Government, Mr. Turner wishes to vacate the plea hearing currently scheduled and set a status hearing for the same time.

9. AUSA Roman consents to this Motion.

Wherefore, for the foregoing reasons, Mr. Turner, with the consent of the United States, respectfully moves this Honorable Court to vacate the plea hearing currently scheduled for September 20, 2024, at 9 A.M. and set a status hearing for the same time.


Respectfully submitted,

_____/s/_____
Paulette M. Pagán
D.C. Bar No. 1737374
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
(202) 417-6000
paulette@PriceBenowitz.com
*Counsel for Terry Turner*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 17th day of September 2024, I caused a true and correct copy of the foregoing Consent Motion to Vacate the Plea Hearing and Set a Status Hearing to be delivered via CM/ECF to all parties in this matter.


_____/s/_____
Paulette M. Pagán